1  DENNIS M. PRINCE
   Nevada Bar No. 5092
2  KEVIN T. STRONG
   Nevada Bar No. 12107
3  **PRINCE LAW GROUP**
   10801 W. Charleston Boulevard
4  Suite 560
   Las Vegas, NV 89135
5  Tel: (702) 534-7600
   Fax: (702) 534-7601
6  Email: eservice@thedplg.com
   Attorneys for Plaintiffs
7  *GC, a Minor by and through*
   *Her Natural Parent and Legal*
8  *Guardian, Grace Cofield and*
   *Anthony M. Ricciardi, Jr., DPM*
9
                 **UNITED STATES DISTRICT COURT**
10
                      **DISTRICT OF NEVADA**
11

12  GC, a minor, by and through her natural        Case No. 2:23-cv-00977-JCM-NJK
    parent and legal guardian, JANICE
13  COFIELD; ANTHONY M. RICCIARDI, JR.,
    DPM, an individual,                            **STIPULATION AND ORDER TO**
14                                                  **ALLOW PLAINTIFFS TO FILE A**
                                                    **COMPLETE AND ACCURATE**
15       Plaintiffs,                                **COPY OF THEIR COMPLAINT**
                                                    **WITH EXHIBITS**
16  vs.

17
    DOCTORS PROFESSIONAL LIABILITY
18  RISK RETENTION GROUP, INC., a foreign
    corporation; DOES I through X; and ROE
19  CORPORATIONS I through X, inclusive,

20       Defendants.

21

22       IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs GC, a minor,

23  by and through her natural parent and legal guardian, JANICE COFIELD and

24  ANTHONY M. RICCIARDI, JR., DPM, through their counsel of record, Dennis M.

25  Prince and Kevin T. Strong of PRINCE LAW GROUP; and Defendant DOCTORS

26  PROFESSIONAL LIABILITY RISK RETENTION GROUP, INC., through its counsel of

27  record, Gregory H. King and Matthew L. Durham of KING SCOW KOCH DURHAM

28



10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135

1  LLC that Plaintiffs shall be permitted to file a complete and accurate copy of their

2  Complaint in this action as explained below.

3      1.    On May 23, 2023, Plaintiffs filed their Complaint in the Eighth Judicial

4  District Court, Clark County, Nevada, Case No. A-23-871151-C.

5      2.    Throughout the Complaint, Plaintiffs specifically refer to two separate

6  exhibits. Due to a clerical error, Plaintiffs omitted those exhibits when they filed their

   Complaint in the Eighth Judicial District Court, Clark County, Nevada.

7

8      3.    On June 25, 2023, Defendant filed its Notice of Removal Pursuant to 28

   U.S.C. §§ 1332, 1441, and 1446. (ECF No. 5). Defendant attached Plaintiffs' file-stamped

9  copy of their Complaint as Exhibit A to its Notice of Removal. (ECF No. 5-1).

10     4.    The current version of Plaintiffs' Complaint on file herein is incomplete and

11 not accurate solely because the two exhibits Plaintiffs reference therein were not

12 attached to the Complaint when Plaintiffs originally filed it. This Stipulation is solely

13 intended to correct that clerical error.

14 . . .

15 . . .

16 . . .

17 . . .

18 . . .

19 . . .

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .



PRINCE LAW GROUP
10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135

1    Based on the foregoing, the parties respectfully request this Court to approve the

2  foregoing stipulation and allow Plaintiffs to file a complete and accurate copy of their

3  Complaint in this action that includes a copy of the two exhibits expressly referenced

4  therein.

5  DATED this 7th day of August, 2023.          DATED this 7th day of August, 2023.

6  **PRINCE LAW GROUP**                         **KING SCOW KOCH DURHAM LLC**

7

8

9  */s/ Kevin T. Strong*                         */s/ Gregory H. King*
   DENNIS M. PRINCE                              GREGORY H. KING
10 Nevada Bar No. 5092                           Nevada Bar No. 7777
   KEVIN T. STRONG                               MATTHEW L. DURHAM
11 Nevada Bar No. 12107                          Nevada Bar No. 10342
   10801 W. Charleston Boulevard                 11500 S. Eastern Avenue
12 Suite 560                                     Suite 210
   Las Vegas, Nevada 89135                       Henderson, Nevada
13 Tel:  (702) 534-7600                          Tel:  (702) 833-1100
   Fax: (702) 534-7601                           Fax: (702) 833-1107
14 Attorneys for Plaintiffs                      Attorneys for Defendant
   *GC, a Minor by and through*                  *Doctors Professional Liability Risk*
15 *Her Natural Parent and Legal*                *Retention Group, Inc.*
   *Guardian, Grace Cofield and*
16 *Anthony M. Ricciardi, Jr., DPM*

17                          **ORDER**

18         **IT IS SO ORDERED.**

19         DATED this 8th   day of August, 2023.

20

21                          _____
                            UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

                                    3



10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135