# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

G.C., et al.,

    Plaintiff(s),

v.

DOCTORS PROFESSIONAL LIABILITY RISK RETENTION GROUP, INC.,

    Defendant(s).

Case No. 2:23-cv-00977-JCM-NJK

**Order**

[Docket No. 13]

In light of reporting regarding the passing of Plaintiffs' lead counsel, the Court *sua sponte* **EXTENDS** case management deadlines as follows:

- Amend pleadings/ add parties: closed
- Initial experts: closed
- Rebuttal experts: July 17, 2024
- Discovery cutoff: August 16, 2024
- Dispositive motions: September 16, 2024
- Joint proposed pretrial order: October 16, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: April 11, 2024

                                    Nancy J. Koppe
                                    United States Magistrate Judge