# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| G.C., et al., <br>     Plaintiff(s), <br> v. <br> DOCTORS PROFESSIONAL LIABILITY RISK RETENTION GROUP, INC., <br>     Defendant(s). | Case No. 2:23-cv-00977-JCM-NJK <br><br> **Order** <br><br> [Docket No. 24] |

Pending before the Court is a motion for the Prince Law Group to withdraw as counsel for Plaintiffs. Docket No. 24. For good cause shown, the motion to withdraw is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket to reflect Plaintiffs' addresses as stated at Docket No. 24-1 at ¶ 7.

Parents are not permitted to bring claims on behalf of their minor children without an attorney. *Johns v. Cnty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997). Plaintiff Janice Cofield is **ORDERED** to retain counsel for the claims brought by G.C. by July 17, 2024. **Failure to do retain counsel by this deadline may result in the dismissal of G.C. as a plaintiff in the case**.

IT IS SO ORDERED.

Dated: June 17, 2024

                                                                         Nancy J. Koppe <br>
                                                                   United States Magistrate Judge