Gregory H. King (NV Bar No. 7777)
gking@kskdlaw.com
Matthew L. Durham (NV Bar No. 10342)
mdurham@kskdlaw.com
KING SCOW KOCH DURHAM LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendant DOCTORS PROFESSIONAL
LIABILITY RISK RETENTION GROUP, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GC, a minor, by and through her natural parent and legal guardian, JANICE COFIELD; ANTHONY M. RICCIARDI, JR., DPM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DOCTORS PROFESSIONAL LIABILITY RISK RETENTION GROUP, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00977<br><br>**STIPULATION FOR EXTENSION OF TIME**<br>**(First Request)** |

   Plaintiffs G.C., Janice Cofield, and Anthony M. Ricciardi, Jr. DPM ("Plaintiffs"), and Defendant Doctors Professional Liability Risk Retention Group, Inc. ("DPL") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

# RECITALS

1. A shooting took place on April 8, 2024, which led to the tragic and untimely passing of Plaintiffs' former lead trial counsel, Dennis Prince of the Prince Law Group. With the passing of Mr. Prince, the Prince Law Group decided to wind down its practice, with its last day of operations taking place on May 31, 2024.

2. The Prince Law Group filed a motion to withdraw as counsel on May 30, 2024. This motion was unopposed. The court granted the motion on June 17, 2024. In the Court's order, it pointed out that parents are not permitted to bring claims on behalf of their minor children without an attorney and, accordingly, ordered Plaintiff Janice Cofield to retain counsel for the claims brought by G.C. by July 17, 2024.

3. On July 16, attorney Patrick Sheehan of the law firm Fennemore Craig, P.C. filed a Notice of Appearance indicating his representation of Plaintiffs in this case.

4. Mr. Sheehan and lead counsel for DPL, Gregory King, have discussed the need for additional time for Mr. Sheehan to become familiar with the particulars of this case, including (1) the facts relating to the current insurance coverage dispute, (2) the facts relating to the prior, underlying malpractice litigation, (3) the thousands of documents that have been produced in the case, (4) the deposition testimony that has already occurred in this action and the underlying malpractice action, and (5) the expert opinions that have already been provided by Plaintiffs' expert. Furthermore, they discussed the possibility of the Parties engaging in immediate settlement discussions in an effort to settle this matter before spending additional time, legal fees, and costs engaging in further discovery and preparing for trial.

5. The attorneys agreed to request that the Court continue all litigation and discovery deadlines for 90 days to allow time for Mr. Sheehan to become familiar with the case and for the Parties to engage in settlement discussions.

6. This is technically the Parties' second request for a continuance of the litigation and discovery deadlines. The first request was a motion for continuance filed

1  by DPL on July 11, 2024, which was denied by the Court.[1]

2      7.    To date, both plaintiffs and defendant have propounded and responded to written discovery, i.e., document requests and interrogatories. Plaintiffs have taken the deposition on one DPL representative. DPL has taken the depositions of Plaintiff Janice Cofield, Plaintiff Dr. Ricciardi, and his assistant Francis Maria.

    8.    Before his untimely death, Plaintiffs' former lead counsel intended to take the depositions of two other DPL representatives. DPL, in turn, intends to take the depositions of Dr. Ricciardi's insurance representatives and brokers. The Parties also need to take the depositions of each other's experts.

## AGREEMENT

THEREFORE, the Parties hereby STIPULATE AND AGREE that all scheduled deadlines be continued 90 days, as follows:

| Event | Current deadline | Requested deadline |
|---|---|---|
| Amended Pleadings/Add Parties | Closed | |
| Initial Experts | Closed | |
| Rebuttal Experts | July 17, 2024 | October 15, 2024 |
| Discovery Cutoff | August 16, 2024 | November 14, 2024 |
| Dispositive Motions | September 16, 2024 | December 16, 2024 |
| Joint Pretrial Order | October 16 or 30 days after resolution of dispositive motions | January 14, 2025 |

IT IS SO STIPULATED.

---

[1] On July 11, 2024, DPL filed a motion to continue the discovery deadlines. On July 15, 2024, the Court issued an order denying DPL's motion and pointed out that it was unclear why the plaintiffs' new counsel had not filed a notice of appearance. Accordingly, the court denied the motion without prejudice to the request being refiled as a stipulation after counsel files a notice of appearance.

| | | |
|---|---|---|
| 1 | DATED: July 16, 2024 | KING SCOW KOCH DURHAM LLC |
| 2 | | By  /s/ *Gregory H. King* |
| 3 | | Gregory H. King |
| | | NV Bar No. 7777 |

Attorneys for Defendant DOCTORS PROFESSIONAL LIABILITY RISK RETENTION GROUP, INC.

DATED: July 16, 2024    FENNEMORE CRAIG, P.C.

By  /s/ *Patrick J. Sheehan*
Patrick J. Sheehan, Esq.
NV Bar No. 3812

Attorneys for Plaintiffs GC, JANICE COFIELD and ANTHONY M. RICCIARDI, JR. DPM

IT IS SO ORDERED.
Dated:  July 17, 2024
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge