1  Gregory H. King (NV Bar No. 7777)
   gking@kskdlaw.com
2  Matthew L. Durham (NV Bar No. 10342)
   mdurham@kskdlaw.com
3  KING SCOW KOCH DURHAM LLC
4  11500 S. Eastern Ave., Suite 210
   Henderson, Nevada 89052
5  Telephone: (702) 833-1100
6  Facsimile: (702) 833-1107

7  Attorneys for Defendant DOCTORS PROFESSIONAL
   LIABILITY RISK RETENTION GROUP, INC.
8

9               **UNITED STATES DISTRICT COURT**

10                     **DISTRICT OF NEVADA**

11

12 | GC, a minor, by and through her natural parent and legal guardian, JANICE COFIELD; ANTHONY M. RICCIARDI, JR., DPM, an individual, | Case No. 2:23-cv-00977 |
|---|---|
| Plaintiffs, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| DOCTORS PROFESSIONAL LIABILITY RISK RETENTION GROUP, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

23    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs GC,
24 JANICE COFIELD and ANTHONY M. RICCIARDI, JR., DPM ("Plaintiffs) and
25 Defendant DOCTORS PROFESSIONAL LIABILITY RISK RETENTION GROUP, INC.
26 ("Defendant"), by and through their respective counsel of record, that the above-
27 captioned action, and each and every claim for relief and/or damage asserted therein,
28 be dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

DATED: January 23, 2025.    KING SCOW KOCH DURHAM LLC

By /s/ *Gregory H. King*
Gregory H. King
NV Bar No. 7777

Attorneys for Defendant DOCTORS PROFESSIONAL LIABILITY RISK RETENTION GROUP, INC.

DATED: January 23, 2025.    By /s/ *Patrick J. Sheehan*
Patrick J. Sheehan, Esq.
NV Bar No. 3812

Attorneys for Plaintiffs GC, JANICE COFIELD and ANTHONY M. RICCIARDI, JR. DPM

IT IS SO ORDERED.

DATED: January 29, 2025.

_____
UNITED STATES DISTRICT JUDGE